# THE DISTRICT COURT OF GUAM

| | |
|---|---|
| LOURDES A. LOEN GUERRERO, I MAGA'HAGAN GUAHAN, GOVERNOR OF GUAM, in her official capacity,<br><br>Plaintiff,<br><br>vs.<br><br>DOUGLAS B. MOYLAN, ATTORNEY GENERAL OF GUAM, in his official capacity,<br><br>Defendant. | CIVIL CASE NO. 25-00030<br><br>**ORDER**<br>Granting in Part Motion for Extension of Time to File Responsive Pleading<br>(ECF No. 4) |

On July 18, 2025, the Defendant filed a Motion for Extension of Time to File a Responsive Pleading (the " Motion for Extension"). *See* ECF No. 4. Therein, the Defendant noted that his deadline to file a response to the Complaint for Declaratory Judgment (the "Complaint") is July 22, 2025. *Id.* at ¶ 2. The Defendant requested a sixty-day extension to respond to the Complaint, stating that such an extension is necessary in anticipation of a yet-to-be-filed motion to remand that would involve 'full and vigorous briefing" of "critical constitutional issues." *Id.* at ¶¶ 6-7.

The court does not find that good cause exists to warrant a sixty-day extension of the deadline as requested, but the court will grant a shorter extension.[1] The Motion for Extension is granted in part, and the Defendant shall have until and including August 1, 2025, to respond to the Complaint.

IT IS SO ORDERED.



/s/ Michael J. Bordallo
U.S. Magistrate Judge
Dated: Jul 22, 2025

---

[1] Because the Defendant's deadline would have passed before the parties have the opportunity to brief the matter under the court's standard time frame, *see* CVLR 7(f), the Defendant should have filed a motion to shorten time under CVLR 7(j) to expedite this matter. The court warns the parties to be cognizant of this court's local rules in future filings.