LESLIE A. TRAVIS
leslie.travis@guam.gov
JEFFREY A. MOOTS
jeffrey.moots@guam.gov
**OFFICE OF THE GOVERNOR OF GUAM**
Ricardo J. Bordallo Governor's Complex
Adelup, Guam 96910
P.O. Box 2950, Hagåtña, Guam 96932
Office: (671) 473-1117 | Fax: (671) 477-4826

***Attorneys for the***
***Honorable Lourdes A. Leon Guerrero***
***Governor of Guam***

**IN THE UNITED STATES DISTRICT COURT OF GUAM**

**LOURDES A. LEON GUERRERO**, *I MAGA'HÅGAN GUÅHAN*, GOVERNOR OF GUAM, *in her official capacity*,

Plaintiff,

v.

**DOUGLAS B. MOYLAN**, ATTORNEY GENERAL OF GUAM, *in his official capacity*, and the OFFICE OF THE ATTORNEY GENERAL OF GUAM,

Defendants.

**Case No. 25-CV-00030**

Removed from the Superior Court of Guam
Case No. CV0190-25

**MOTION TO REMAND**
**(28 U.S.C. § 1447(c))**

Plaintiff Lourdes A. Leon Guerrero, *I Maga'hågan Guåhan*, Governor of Guam, moves this court for an order remanding this matter to the Superior Court of Guam ("Superior Court") on grounds that (1) Defendants Douglas B. Moylan, Attorney General of Guam ("AG Moylan"), and the Office of the Attorney General of Guam's ("OAG") removal is untimely; (2) the matter lacks

a substantial federal question, depriving the court of subject matter jurisdiction; and (3) alternatively, the Court may exercise its discretion to decline jurisdiction pursuant to the Declaratory Judgment Act. This motion is made pursuant to 28 U.S.C. § 1447(c), and is supported by the Memorandum of Points and Authorities filed concurrently herein, all matters of record in this matter, and all matters which may be adduced at a hearing hereon.

*Respectfully submitted* this 31st day of July 2025.

**OFFICE OF THE GOVERNOR OF GUAM**
**Office of Legal Counsel**

By: */s/ Leslie A. Travis*
**LESLIE A. TRAVIS**
*Attorneys for Plaintiff*
*Lourdes A. Leon Guerrero,*
*Governor of Guam*

## CERTIFICATE OF SERVICE

I certify that I have served opposing counsel by electronically filing the foregoing document with the Clerk of Court for the United States District Court of Guam using the CM/ECF system.


Douglas B. Moylan
Attorney General of Guam
Office of the Attorney General of Guam
134 W. Soledad Avenue
Ste. 802 Bank of Hawaii Building
Hagåtña, Guam 96910
(671) 475-2710
dbmoylan@oagguam.org

William Lyle Stamps
Assistant Attorney General
Office of the Attorney General of Guam
Civil Division
134 W. Soledad Avenue, Ste. 302
Hagåtña, Guam 96910
(671) 475-2710
lstamps@oagguam.org


*Respectfully submitted* this 31st day of July 2025.

**OFFICE OF THE GOVERNOR OF GUAM**
**Office of Legal Counsel**

By: */s/ Leslie A. Travis*
**LESLIE A. TRAVIS**
*Attorneys for Plaintiff*
*Lourdes A. Leon Guerrero,*
*Governor of Guam*