LESLIE A. TRAVIS
leslie.travis@guam.gov
JEFFREY A. MOOTS
jeffrey.moots@guam.gov
**OFFICE OF THE GOVERNOR OF GUAM**
Ricardo J. Bordallo Governor's Complex
Adelup, Guam 96910
P.O. Box 2950, Hagåtña, Guam 96932
Office: (671) 473-1117 | Fax: (671) 477-4826

***Attorneys for the***
***Honorable Lourdes A. Leon Guerrero***
***Governor of Guam***

**IN THE UNITED STATES DISTRICT COURT OF GUAM**

**LOURDES A. LEON GUERRERO**, *I MAGA'HÅGAN GUÅHAN*, GOVERNOR OF GUAM, *in her official capacity*,

Plaintiff,

v.

**DOUGLAS B. MOYLAN**, ATTORNEY GENERAL OF GUAM, *in his official capacity*, and the OFFICE OF THE ATTORNEY GENERAL OF GUAM,

Defendants.

**Case No. 25-CV-00030**

Removed from the Superior Court of Guam
Case No. CV0190-25

**[PROPOSED] ORDER RE:**
**PLAINTIFF'S MOTION TO REMAND**
**(28 U.S.C. § 1447(c))**

Before the court is Plaintiff Lourdes A. Leon Guerrero, *I Maga'hågan Guåhan*, Governor of Guam's motion to remand this matter to the Superior Court of Guam. Having considered the pleadings and argument of counsel, the Court finds the Notice of Removal in this case was untimely filed and there are no questions "arising under" federal law. Accordingly, this matter is remanded to the Superior Court of Guam, and the case closed.

This ___ day of ________, 2025.