LESLIE A. TRAVIS
leslie.travis@guam.gov
JEFFREY A. MOOTS
jeffrey.moots@guam.gov
**OFFICE OF THE GOVERNOR OF GUAM**
Ricardo J. Bordallo Governor's Complex
Adelup, Guam 96910
P.O. Box 2950, Hagåtña, Guam 96932
Office: (671) 473-1117 | Fax: (671) 477-4826

***Attorneys for the***
***Honorable Lourdes A. Leon Guerrero***
***Governor of Guam***

**IN THE UNITED STATES DISTRICT COURT OF GUAM**

| | |
|---|---|
| **LOURDES A. LEON GUERRERO**, *I MAGA'HÅGAN GUÅHAN*, GOVERNOR OF GUAM, *in her official capacity*,<br><br>Plaintiff,<br><br>v.<br><br>**DOUGLAS B. MOYLAN**, ATTORNEY GENERAL OF GUAM, *in his official capacity*,<br><br>Defendant. | **Case No. 25-CV-00030**<br><br>Removed from the Superior Court of Guam<br>Case No. CV0190-25<br><br>**MOTION TO STRIKE OR TO DISMISS COUNTERCLAIM**<br>**(F.R.C.P. 12(b)(6), and 12(f))** |

Plaintiff Lourdes A. Leon Guerrero, *I Maga'hågan Guåhan*, Governor of Guam, moves the Court for an order dismissing the Counterclaim Defendant Douglas B. Moylan, Attorney General of Guam filed on August 1, 2025. This Motion is made pursuant to Rules 12(b)(6) and 12(f) of the Federal Rules of Civil Procedure, and is supported by the Memorandum of Points and

Authorities filed concurrently herewith, the record before the Court, all matters of which the Court may take judicial notice, and any argument that may be adduced at a hearing hereon.

*Respectfully submitted* this 22nd day of August, 2025.

**OFFICE OF THE GOVERNOR OF GUAM**
**Office of Legal Counsel**

By: */s/ Leslie A. Travis*
**LESLIE A. TRAVIS**
*Attorneys for Plaintiff*
*Lourdes A. Leon Guerrero,*
*Governor of Guam*

## CERTIFICATE OF SERVICE

I certify that I have served opposing counsel by electronically filing the foregoing document with the Clerk of Court for the United States District Court of Guam using the CM/ECF system.

Douglas B. Moylan
Attorney General of Guam
Office of the Attorney General of Guam
134 W. Soledad Avenue
Ste. 802 Bank of Hawaii Building
Hagåtña, Guam 96910
(671) 475-2710
dbmoylan@oagguam.org

William Lyle Stamps
Assistant Attorney General
Office of the Attorney General of Guam
Civil Division
134 W. Soledad Avenue, Ste. 302
Hagåtña, Guam 96910
(671) 475-2710
wstamps@oagguam.org

*Respectfully submitted* this 22nd day of August, 2025.

OFFICE OF THE GOVERNOR OF GUAM
Office of Legal Counsel

By: */s/ Leslie A. Travis*
LESLIE A. TRAVIS
*Attorneys for Plaintiff*
*Lourdes A. Leon Guerrero,*
*Governor of Guam*