LESLIE A. TRAVIS
leslie.travis@guam.gov
JEFFREY A. MOOTS
jeffrey.moots@guam.gov
**OFFICE OF THE GOVERNOR OF GUAM**
Ricardo J. Bordallo Governor's Complex
Adelup, Guam 96910
P.O. Box 2950, Hagåtña, Guam 96932
Office: (671) 473-1117 | Fax: (671) 477-4826

***Attorneys for the***
***Honorable Lourdes A. Leon Guerrero***
***Governor of Guam***

**IN THE UNITED STATES DISTRICT COURT OF GUAM**

**LOURDES A. LEON GUERRERO**, *I MAGA'HÅGAN GUÅHAN*, GOVERNOR OF GUAM, *in her official capacity*,

Plaintiff,

v.

**DOUGLAS B. MOYLAN**, ATTORNEY GENERAL OF GUAM, *in his official capacity*,

Defendant.

**Case No. 25-CV-00030**

Removed from the Superior Court of Guam
Case No. CV0190-25

**[PROPOSED ORDER] GRANTING MOTION TO STRIKE OR TO DISMISS COUNTERCLAIM**
**(F.R.C.P. 12(b)(6), and 12(f))**

This matter comes before the Court on Plaintiff Lourdes A. Leon Guerrero, *I Maga'hågan Guåhan*, the Governor of Guam's Motion to Dismiss the counterclaim filed by Defendant Douglas B. Moylan, Attorney General of Guam ("AG Moylan"). The Court finds that AG Moylan's Counterclaim does not state a federal question because the Organic Act of Guam is not a "law of the United States" for purposes of federal question jurisdiction under 28 U.S.C. § 1331, and should

be dismissed pursuant to Rule. Further, the Court finds that AG Moylan's Counterclaim is redundant of his affirmative defenses, and further that resolution of the Governor's Complaint and AG Moylan's affirmative defenses will resolve AG Moylan's proposed Counterclaim, and for these reasons the Counterclaim should be stricken pursuant to F.R.C.P. 12(f) and dismissed pursuant to F.R.C.P. 12(b)(6). Finally, the Court finds that the Counterclaim violates the *Noerr-Pennington* doctrine because it impermissibly burdens the Governor's right to petition the government for redress of grievances, and should be dismissed pursuant to F.R.C.P. 12(b)(6).

For the reasons stated, the Motion is hereby **GRANTED**, and Defendant's Counterclaim is dismissed with prejudice.

**SO ORDERED** on this ____ day of ________________ 2025.

________________________________________
**FRANCES TYDINGCO-GATEWOOD**
Chief Judge, District Court of Guam

**CERTIFICATE OF SERVICE**

I certify that I have served opposing counsel by electronically filing the foregoing document with the Clerk of Court for the United States District Court of Guam using the CM/ECF system.

Douglas B. Moylan
Attorney General of Guam
Office of the Attorney General of Guam
134 W. Soledad Avenue
Ste. 802 Bank of Hawaii Building
Hagåtña, Guam 96910
(671) 475-2710
dbmoylan@oagguam.org

William Lyle Stamps
Assistant Attorney General
Office of the Attorney General of Guam
Civil Division
134 W. Soledad Avenue, Ste. 302
Hagåtña, Guam 96910
(671) 475-2710
wstamps@oagguam.org

*Respectfully submitted* this 22nd day of August, 2025.

OFFICE OF THE GOVERNOR OF GUAM
Office of Legal Counsel

By: */s/ Leslie A. Travis*
LESLIE A. TRAVIS
*Attorneys for Plaintiff*
*Lourdes A. Leon Guerrero,*
*Governor of Guam*