**THE DISTRICT COURT OF GUAM**

| | |
|---|---|
| LOURDES A. LEON GUERRERO, *I MAGA'HAGAN GUAHAN*, GOVERNOR OF GUAM, in her official capacity,<br><br>Plaintiff,<br><br>v.<br><br>DOUGLAS B. MOYLAN, ATTORNEY GENERAL OF GUAM, in his official capacity,<br><br>Defendant. | CIVIL CASE NO. 25-00030<br><br>**ORDER** |

On August 18, 2025, Defendant Douglas B. Moylan filed a Motion for Extension of Time to File a Responsive Pleading to Plaintiff's Motion to Remand under Federal Rule of Civil Procedure 6(b)(1)(A) and CVLR 7(g).[1] ECF No. 9; *see also* ECF No. 10-1. Defendant seeks to extend the time for filing a responsive pleading from August 21, 2025, to September 4, 2025—a fourteen-day extension.[2] In sum, Defendant argues that good cause exists because this case involves issues of "great public importance," Defendant's counsel is "heavily litigating" other cases, the motion "require[s] careful and deliberate consideration" for which twenty-one days is

---

[1] Defendant filed an erratum to the motion on August 19, 2025, to correct the motion by providing a signed copy. *See* ECF No. 10. The court refers to ECF No. 9 for consistency.

[2] The court again reminds Defendant to be mindful of filing deadlines when seeking a time-sensitive extension from this court. *See* Order at 1 n.1, ECF No. 5.

1

insufficient to respond, Defendant's office "lacks sufficient attorneys" that renders it "substantially understaffed." ECF No. 9 at 3-5. Plaintiff Lourdes A. Leon Guerrero opposes the requested extension arguing that Defendant's motion does not provide good cause for the requested extension. *See* ECF No. 11.

Upon consideration, Defendant's Motion for Extension of Time is **GRANTED IN PART** and **DENIED IN PART**. The court does not find good cause to grant a fourteen-day extension but finds good cause to grant a seven-day extension. Accordingly, Defendant shall file his response to the Motion to Remand no later than August 28, 2025. Plaintiff's reply shall be filed no later than September 15, 2025.

**SO ORDERED.**



/s/ Frances M. Tydingco-Gatewood
    Chief Judge
Dated: Aug 25, 2025