# THE DISTRICT COURT OF GUAM

| | |
|---|---|
| LOURDES A. LEON GUERRERO, *I MAGA'HAGAN GUAHAN*, GOVERNER OF GUAM, in her official capacity,<br><br>Plaintiff,<br><br>vs.<br><br>DOUGLAS B. MOYLAN, ATTORNEY GENERAL OF GUAM, in his official capacity,<br><br>Defendant. | CIVIL CASE NO. 25-00030<br><br><br>**ORDER** |

Before the court are the following motions: Motion to Remand, ECF No. 6; Motion to Stay, ECF No. 8; Motion to Strike or to Dismiss Counterclaim, ECF No. 13; and Request for Hearing on all three pending motions, ECF No. 17. The Motion to Remand was fully briefed on September 9, 2025, and the Motion to Stay completed briefing just two days ago, September 15, 2025. The Motion to Strike or to Dismiss Counterclaim has not been fully briefed, with the Reply being due end of September.

At this time, the request for hearing on the motions is denied, and the court will set the matter for an oral argument should it find it necessary.

**SO ORDERED.**



/s/ **Frances M. Tydingco-Gatewood**
    **Chief Judge**
**Dated: Sep 17, 2025**