
**Douglas B. Moylan**
**Attorney General of Guam**
**Office of the Attorney General**
Civil Division
134 W. Soledad Avenue, Ste. 302
*Hagåtña*, Guam 96910 • USA
671-475-2710 (tel) • 671-477-2493 (fax)
www.guamattorneygeneral.org

**Attorneys for the People of Guam**

# THE DISTRICT COURT OF GUAM

| | |
|---|---|
| LOURDES A. LEON GUERRERO, *I MAGA'HAGAN GUAHAN*, GOVERNOR OF GUAM, in her official capacity, <br><br> Plaintiff, <br><br> vs. <br><br> DOUGLAS B. MOYLAN, ATTORNEY GENERAL OF GUAM, in his official capacity, <br><br> Defendant. | Civil Case No. 25-cv-00030 <br><br> **[PROPOSED] ORDER GRANTING Defendant's Motion for Extension of Time to File a Responsive Pleading to Plaintiff's Motion to Strike or Dismiss Pursuant to FRCP 6(B)(1)(B)** |

This matter having come before the Honorable Frances Tydingco-Gatewood on Defendant's Motion for Extension of Time to File a Responsive Pleading to Plaintiff's Motion to Strike or Dismiss [ECF 13] and the Court having considered the matters on file herein, and deeming itself fully advised, does hereby order as follows:

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
Page 1 of 2
*Order*
District Court of Guam Case No. 1:25-cv-00030

Case 1:25-cv-00030   Document 21-1   Filed 09/17/25   Page 1 of 2

That the Motion for Extension of Time is **GRANTED**. Defendant shall file a response to the Plaintiff's Motion to Strike or Dismiss by September 26, 2025.

**IT IS SO ORDERED** this \_\_\_\_ day of September, 2025

_____
**FRANCES M. TYDINGCO-GATEWOOD**
Chief District Judge

Furnished: All Counsels of Record

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
Page 2 of 2
*Order*
District Court of Guam Case No. 1:25-cv-00030

Case 1:25-cv-00030 Document 21-1 Filed 09/17/25 Page 2 of 2