Page **1** of **1**

# THE DISTRICT COURT OF GUAM

| | |
|---|---|
| LOURDES A. LEON GUERRERO, *I MAGA'HAGAN GUAHAN*, GOVERNER OF GUAM, in her official capacity,<br><br>Plaintiff,<br><br>vs.<br><br>DOUGLAS B. MOYLAN, ATTORNEY GENERAL OF GUAM, in his official capacity,<br><br>Defendant. | CIVIL CASE NO. 25-00030<br><br>**ORDER** |

Before the court are Defendant's Motion for Extension of Time to File a Responsive Pleading to Plaintiff's Motion to Strike or Dismiss Pursuant to FRCP 6(B)(1)(B), ECF No. 21; and Defendant's Motion to Shorten Time Regarding ECF No. 21 Pursuant to CVLR 7(j), ECF No. 22. The court does not find that briefing on the two-week extension is necessary. As such, the court **GRANTS** the motion for extension of time and **DENIES** as moot the motion to shorten time. Defendant, however, shall be on notice that any future motions for extension of time will be reviewed with greater scrutiny.

Defendant shall file a response to Plaintiff's Motion to Strike or Dismiss Counterclaim, ECF No. 13, by September 26, 2025. Reply shall be filed no later than October 10, 2025.

**SO ORDERED.**



/s/ **Frances M. Tydingco-Gatewood**
   Chief Judge
Dated: **Sep 19, 2025**