LESLIE A. TRAVIS
leslie.travis@guam.gov
JEFFREY A. MOOTS
jeffrey.moots@guam.gov
**OFFICE OF THE GOVERNOR OF GUAM**
Ricardo J. Bordallo Governor's Complex
Adelup, Guam 96910
P.O. Box 2950, Hagåtña, Guam 96932
Office: (671) 473-1117 | Fax: (671) 477-4826

***Attorneys for the***
***Honorable Lourdes A. Leon Guerrero***
***Governor of Guam***

**IN THE UNITED STATES DISTRICT COURT OF GUAM**

**LOURDES A. LEON GUERRERO**, *I MAGA'HÅGAN GUÅHAN*, GOVERNOR OF GUAM, *in her official capacity*,

Plaintiff,

v.

**DOUGLAS B. MOYLAN**, ATTORNEY GENERAL OF GUAM, *in his official capacity*,

Defendant.

**Case No. 25-CV-00030**

Removed from the Superior Court of Guam
Case No. CV0190-25

**DECLARATION OF COUNSEL IN SUPPORT OF GOVERNOR LEON GUERRERO'S STATEMENT REGARDING SETTLEMENT CONFERENCE**

**(28 U.S.C. § 651 AND CVLR 16.2)**

I, **LESLIE A. TRAVIS**, hereby declare as follows:

1. I am a member of the Guam Bar and counsel of record for Petitioner

Lourdes A. Leon Guerrero, *I Maga'hågan Guåhan*, Governor of Guam, in the above-captioned matter. I submit this declaration in support of Governor Leon Guerrero's Statement Regarding Settlement Conference, filed concurrently herewith. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently thereto.

2. On May 27, 2025, at approximately 10:00 a.m., representatives of my office met with approximately five attorneys from the Office of the Attorney General to discuss possible global settlement of disputes between the parties, including the ongoing Dignity Project litigation and disputes relating to the Mangilao Medical Campus project. Prior to the meeting, Office of the Attorney General representatives advised that the Attorney General may be willing to discuss settlement of the pending federal litigation. Based on those communications, representatives of my office attended the May 27, 2025 meeting expecting broader settlement discussions concerning both the Dignity Project litigation and hospital-related disputes. During the meeting, however, representatives of the Office of the Attorney General declined to consider settlement of the hospital-related disputes.

3. Several months after the May 27, 2025 meeting, I emailed the Office of the Attorney General to again discuss the possibility of global settlement discussions. Attached as Exhibit A is a true and correct copy of an email chain dated October 9, 2025, between Leslie A. Travis and Norman Lee Miller, Jr. re: possible global settlement and mediation discussion.

4. On March 3, 2026, the day before Governor Leon Guerrero filed the Supreme Court proceeding underlying this matter, the Governor attempted to contact Attorney General Moylan directly concerning possible resolution of ongoing disputes

between their offices. Attorney General Moylan did not answer the call, and the Governor subsequently sent a text message asking whether he was available to meet later that afternoon. Attorney General Moylan did not respond, and no further settlement discussions resulted from those attempted communications.

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 28th day of May, 2026.

By: */s/ Leslie A. Travis*
**LESLIE A. TRAVIS**

## CERTIFICATE OF SERVICE

I certify that I have served opposing counsel by electronically filing the foregoing document with the Clerk of Court for the United States District Court of Guam using the CM/ECF system.

Douglas B. Moylan
Attorney General of Guam
Office of the Attorney General of Guam
134 W. Soledad Avenue
Ste. 802 Bank of Hawaii Building
Hagåtña, Guam 96910
(671) 475-2710
dbmoylan@oagguam.org

William Lyle Stamps
Assistant Attorney General
Office of the Attorney General of Guam
Civil Division
134 W. Soledad Avenue, Ste. 302
Hagåtña, Guam 96910
(671) 475-2710
lstamps@oagguam.org

*Respectfully submitted* this 28th day of May, 2026.

**OFFICE OF THE GOVERNOR OF GUAM**
**Office of Legal Counsel**

By: */s/ Leslie A. Travis*
**LESLIE A. TRAVIS**
*Attorneys for Plaintiff*
*Lourdes A. Leon Guerrero,*
*Governor of Guam*

# EXHIBIT A

**From:** **Norman Lee Miller, Jr.** nmillerjr@oagguam.org
**Subject:** Re: Settlement Discussions
**Date:** October 9, 2025 at 8:26 AM
**To:** Leslie Travis leslie.travis@guam.gov
**Cc:** Jeffrey Moots jeffrey.moots@guam.gov

NM

I will bring the matter up with the AG and get back to you.

On Thu, Oct 9, 2025 at 8:24 AM Leslie Travis <leslie.travis@guam.gov> wrote:

> Lee,
>
> I have tried to call you at your office but have been unable to reach you. We previously explored the possibility of settling globally during the Dignity Project litigation. We now have several additional matters progressing in both the District Court and the Guam Supreme Court. The Governor has authorized me to inquire as to a possible global settlement of pending matters between our offices, as well as potential unfiled matters. If it is beneficial, we would also consider mediation before Judge Munson or another mediator.
>
> Please let me know if this is of interest to the Attorney General.
>
> --
>
> ***Saina Ma'åse*,**
>
> **Leslie A. Travis** (she/her)
>
> Legal Counsel
>
> Office of the Governor of Guam
>
> Ricardo J. Bordallo Governor's Complex
>
> Adelup, Guam
>
> (671) 473-1118
>
> CONFIDENTIALITY NOTICE: This email and any files transmitted with it may be legally privileged and confidential and are intended solely for the use of the individual or entity above. If you are not the intended recipient, you are hereby notified that any view, dissemination or copying of this email, or taking any action in reliance on the contents of this information is strictly prohibited. If you received this transmission in error, please notify us immediately by e-mail or telephone to arrange for the return of this email and any files to us or to verify it has been deleted from your system.