LESLIE A. TRAVIS
leslie.travis@guam.gov
JEFFREY A. MOOTS
jeffrey.moots@guam.gov
**OFFICE OF THE GOVERNOR OF GUAM**
Ricardo J. Bordallo Governor's Complex
Adelup, Guam 96910
P.O. Box 2950, Hagåtña, Guam 96932
Office: (671) 473-1117 | Fax: (671) 477-4826

***Attorneys for the***
***Honorable Lourdes A. Leon Guerrero***
***Governor of Guam***

**IN THE UNITED STATES DISTRICT COURT OF GUAM**

**LOURDES A. LEON GUERRERO**, *I MAGA'HÅGAN GUÅHAN*, GOVERNOR OF GUAM, *in her official capacity*,

Plaintiff,

v.

**DOUGLAS B. MOYLAN**, ATTORNEY GENERAL OF GUAM, *in his official capacity*,

Defendant.

**Case No. 25-CV-00030**

Removed from the Superior Court of Guam
Case No. CV0190-25

**REQUEST FOR STATUS CONFERENCE REGARDING PENDING MOTIONS**

Plaintiff Lourdes A. Leon Guerrero respectfully requests that the Court schedule a status conference regarding her pending Motion to Remand (ECF No. 6) and Motion to Strike or Dismiss Counterclaim (ECF No. 13).

Governor Leon Guerrero filed her Motion to Remand on July 31, 2025, ECF No. 6. Defendant Douglas B. Moylan, Attorney General of Guam, filed his Response on August 28, 2025, ECF No. 16, and the Governor filed her Reply on September 15, 2025, ECF No. 19. On September 17, 2025, the Court denied the Attorney General's Request for Hearing and stated that it would set the matter for oral argument should the Court find one necessary. *See* ECF No. 20.

Governor Leon Guerrero filed her Motion to Strike or Dismiss Counterclaim on August 22, 2025, ECF No. 13. The Attorney General filed his Response on September 26, 2025, ECF No. 24, and the Governor filed her Reply on October 10, 2025, ECF No. 25.

The parties subsequently participated in a settlement conference on July 23, 2026. The matter was not resolved, and both motions remain pending.

Governor Leon Guerrero respectfully requests that the Court schedule a status conference at its convenience to discuss the disposition of the pending motions and the appropriate course for further proceedings in this matter.

*Respectfully submitted* this 14th day of September, 2026.

**OFFICE OF THE GOVERNOR OF GUAM**
**Office of Legal Counsel**

By: *\/s/ Leslie A. Travis*
**LESLIE A. TRAVIS**
*Attorneys for Plaintiff*
*Lourdes A. Leon Guerrero,*
*Governor of Guam*

## CERTIFICATE OF SERVICE

I certify that I have served opposing counsel by electronically filing the foregoing document with the Clerk of Court for the United States District Court of Guam using the CM/ECF system.

Douglas B. Moylan
Attorney General of Guam
Office of the Attorney General of Guam
134 W. Soledad Avenue
Ste. 802 Bank of Hawaii Building
Hagåtña, Guam 96910
(671) 475-2710
dbmoylan@oagguam.org

William Lyle Stamps
Assistant Attorney General
Office of the Attorney General of Guam
Civil Division
134 W. Soledad Avenue, Ste. 302
Hagåtña, Guam 96910
(671) 475-2710
lstamps@oagguam.org

*Respectfully submitted* this 14th day of September, 2026.

**OFFICE OF THE GOVERNOR OF GUAM**
**Office of Legal Counsel**

By: *\/s/ Leslie A. Travis*
**LESLIE A. TRAVIS**
*Attorneys for Plaintiff*
*Lourdes A. Leon Guerrero,*
*Governor of Guam*